**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| BARRY MACLEOD, | § § § § | |
| *Plaintiff,* | | |
| V. | § § § | CASE NO. 4:15cv239<br>Chief Judge Clark/Judge Craven |
| MICHAEL CULVER and HULL TRUCKING, INC. | § § § § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Agreed Motion to Dismiss or Alternatively Consolidate [Doc. #25]. Having considered the agreed motion and exhibits thereto, the Court's record, the pleadings on file, and the pleadings on file *Barry MacLeod v. Michael Culver and Hull Trucking, Inc.*, Civil Action No. 4:14-cv-00550-RAS, the Court is of the opinion the motion to dismiss should be **GRANTED.** Accordingly, it is

**ORDERED** that the Agreed Motion to Dismiss [Doc. #25-1] is **GRANTED**. It is further

**ORDERED** that this second-filed lawsuit brought by Plaintiff Barry MacLeod against Defendants Michael Culver and Hull Trucking, Inc. is dismissed without prejudice to Plaintiff Barry MacLeod pursuing his first-filed case styled *Barry MacLeod v. Michael Culver and Hull Trucking, Inc.*, in the United States District Court for the Eastern District of Texas, Civil Action No. 4:14-cv-00550-RAS.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **18** day of **May, 2015.**

_____
Ron Clark, United States District Judge